GLETTNER v. BLAUNER.

(Supreme Court, Appellate Term. November 30, 1903.)

**1. MONEY RECEIVED—EVIDENCE—VERDICT.**
    In an action to recover money alleged to have been collected by de-
    fendant for plaintiff, evidence reviewed, and *held* to sustain a verdict for
    plaintiff.

Appeal from Municipal Court, Borough of Manhattan, Fourth Dis-
trict.

Action by Carrie Glettner against Jacob Blauner. From a judg-
ment in favor of plaintiff, defendant appeals. Affirmed.

Argued before FREEDMAN, P. J., and BISCHOFF and
BLANCHARD, JJ.

Stuer & Hoffman, for appellant.
Charles Frankel, for respondent.

BLANCHARD, J. The plaintiff alleges that the defendant has
collected money belonging to her, and refuses to pay it over. She
testifies that she loaned the money to a third party at the request of
the defendant, and upon his promise to be responsible for its repay-

ment; that he thereafter collected $110 of the debt, and has paid her $20 of this sum, and now owes her the balance, $90; that after he collected the money the defendant promised several times to pay it over, but that the balance of $90 is still unpaid. This testimony is corroborated by several witnesses. The defendant testified that he had not collected any of the money, and that he never promised to pay it, or to be responsible for its payment. The evidence presents only a question of fact, and this the trial court has properly disposed of.

The judgment appealed from should be affirmed, with costs. All concur.